UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Mother Doe 105 on behalf of the minor Jane Doe 105, | Case No. 07-CV-4618 DSD/SRN |
| Plaintiff, | |
| vs. | **MOTION FOR APPROVAL OF MINOR SETTLEMENT** |
| Columbia Heights School District ISD #13, St. Paul School District ISD #625, Laidlaw Transit Services, Inc. a/k/a Laidlaw Transit Management Company, Inc, and Laidlaw Transit, Inc. | |
| Defendants. | |

---

Plaintiff, through counsel, moves this Court for an Order Approving Minor Settlement. This Motion is based upon the attached Petition for Approval of Minor Settlement and the exhibits thereto (filed under seal).

WHEREFORE, Plaintiff moves this Court for an Order granting the Petition for Approval of Minor Settlement.

Dated: April 29, 2009.    JEFF ANDERSON & ASSOCIATES, P.A.

/s/ Patrick W. Noaker
By: Patrick W. Noaker, #274951
Attorneys for Plaintiff
366 Jackson Street, Suite 100
St. Paul, Minnesota 55101
(651) 227-9990