UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| Mother Doe 105 on behalf of the minor Jane Doe 105, | Case No. 07-CV-4618 DSD/SRN |
| Plaintiff, | **ORDER ALLOWING PLAINTIFF** |
| vs. | **TO FILE DOCUMENTS UNDER SEAL** |
| Columbia Heights School District ISD #13, St. Paul School District ISD #625, Laidlaw Transit Services, Inc. a/k/a Laidlaw Transit Management Company, Inc, and Laidlaw Transit, Inc. | |
| Defendants. | |

_____

IT IS HEREBY ORDERED THAT Plaintiff be allowed to file the Petition for Approval of Minor Settlement, including the attached exhibits, and the Order Approving Minor Settlement with the Court, confidentially and under seal.

                                                SO ORDERED:

Dated: April 30, 2009                          s/David S. Doty
                                                         Honorable David S. Doty
                                                         United States Judge